In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00378-CV


____________________



IN THE INTEREST OF B.E. AND D.T.






On Appeal from the 356th District Court


Hardin County, Texas


Trial Cause No. 49,116






 MEMORANDUM OPINION


 The appellant filed a motion to dismiss this appeal. The motion is voluntarily made
by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other
party filed notice of appeal. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.


 

 HOLLIS HORTON

 Justice


Opinion Delivered November 19, 2009

Before Gaultney, Kreger, and Horton, JJ.